1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,           )
                                         )        NO.    CR-04-0270-WFN-1
8                         Plaintiff,     )
                                         )
9         -vs-                           )        ORDER
                                         )
10   ROBERT VANCE ZORNES,                )
                                         )
11                        Defendant.     )
                                         )
12

13          Pending before the Court is Mr. Zornes' *pro se* Motion to Modify Supervised

14   Release (Ct. Rec. 63); Assistant United States Attorney Earl Hicks represents the

15   Government.  Mr. Zornes requests  that the Court vacate or suspend the remainder of his

16   supervised release.

17          The Defendant has not served a continuous year of supervised release since his

18   revocation.  On December 6, 2006, the Court imposed a term of 26 months of supervised

19   release to follow a 10 month term of imprisonment because Mr. Zornes had violated the terms

20   of his supervised release.  Thus, the Court finds that termination is not appropriate. 18 U.S.C.

21   §3583(e)(1).  Accordingly,

22          **IT IS ORDERED** that Mr. Zornes' Motion to Modify Supervised Release, filed

23   October 29, 2007, **Ct. Rec. 63** is **DENIED.**

24          The District Court Executive is directed to file this Order and provide copies to

25   Assistant United States Attorney Earl Hicks, Mr. Robert Zornes, **AND TO** United States

26   Probation Officer David McCary.


ORDER - 1

1    **DATED** this 31st day of October, 2007.

2

3                                          s/ Wm. Fremming Nielsen

                                        WM. FREMMING NIELSEN
4    10-31                          SENIOR UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2